AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Patricia Weggel-Laane

**SUMMONS IN A CIVIL CASE**

V.

Stephen L. Johnson, Administrator, U.S.
Environmental Protection Agency

Case: 1:07-cv-00657
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/10/2007
Description: LAANE v. JOHNSON

TO: (Name and address of Defendant)

Jeffery A. Taylor, c/o Civil Process Clerk
U.S. Attorney for the District of Columbia
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Gary Kohlman
Bredhoff & Kaiser, PLLC
805 15th Street, N.W. Suite 1000
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    APR 10 2007
CLERK                                       DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Patricia Weggel-Laane

vs.

Stephen L. Johnson, Administrator, US Environmental Protection Agency

No. 1:07-CV-00657

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:59 am on August 2, 2007, I served Jeffrey A. Taylor, US Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20530 by serving Gary Nails, Docket Clerk, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     30
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  150
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8/3/07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 192220