AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Patricia Weggel-Laane

**SUMMONS IN A CIVIL CASE**

V.

Stephen L. Johnson, Administrator, U.S.
Environmental Protection Agency

Case: 1:07-cv-00657
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/10/2007
Description: LAANE v. JOHNSON

TO: (Name and address of Defendant)

Stephen L. Johnson, Administrator, U.S. Environmental
Protection Agency
1200 Pennsylvania Ave. N.W.
Washington, D.C. 20460-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Gary Kohlman
Bredhoff & Kaiser, PLLC
805 15th Street, N.W. Suite 1000
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           APR 10 2007
CLERK                                              DATE

/s/ [signature]
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/2/07 |
| NAME OF SERVER (PRINT) Ahuva Battams | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent via certified mail to Stephen L. Johnson, Administrator, US Environmental Protection Agency, 1200 Pennsylvania Ave NW, Washington DC 20460-0001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/8/07
　　　　　　Date

Signature of Server: Ahuva Battams

Address of Server:
Bredhoff + Kaiser PLLC
805 15th St. NW, Ste 1000
Washington DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 8/6/07 |
| 1. Article Addressed to:<br>Stephen L Johnson<br>US Environmental Protection Agency<br>1200 Pennsylvania Ave NW<br>Washington DC 20460 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 1160 0002 9231 4702 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |