IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA WEGGEL-LAANE<br>3314 Alabama Avenue<br>Alexandria, VA 22305<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON,<br>Administrator,<br>U.S. Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460-0001<br><br>    Defendant. | Civil Action No. 07-0657 (RMU) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

          Respectfully submitted,

          _____/s/_____
          CLAIRE WHITAKER, D.C. Bar # 354530
          Assistant United States Attorney
          United States Attorneys Office
          Civil Division
          555 4th Street, N.W., Room E-4204
          Washington, D.C. 20530
          (202) 514-7137